# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OMAHA INDUSTRIES, INC., <br><br>                        Plaintiff, <br><br> v. <br><br> UNITED NATURAL FOODS, INC., <br><br>                        Defendant. | Civil Action <br> No. 1:24-CV-00015-PAS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Omaha Industries, Inc. and Defendant United Natural Foods, Inc., being all parties who have appeared in this action, through their undersigned counsel, hereby stipulate and agree that all claims and counterclaims in the above-captioned action are dismissed with prejudice. Each party shall bear its own costs and fees. All rights of appeal are waived.

| | |
|---|---|
| Dated: October 1, 2024 | Respectfully submitted, |
| UNITED NATURAL FOODS, INC., | OMAHA INDUSTRIES, INC., |
| By Its Attorneys, | By Its Attorney, |
| /s/ Christian R. Jenner <br> Paul M. Kessimian (#7127) <br> pkessimian@psh.com <br> Christian R. Jenner (#7731) <br> cjenner@psh.com <br> PARTRIDGE SNOW & HAHN LLP <br> 40 Westminster Street, Suite 1100 <br> Providence, RI 02903 <br> Tel: (401) 861-8200 <br> Fax: (401) 861-8210 | /s/ Andrew S. Tugan <br> John V. Matson (*pro hac vice*) <br> john.matson@koleyjessen.com <br> Andrew S. Tugan (#9117) <br> KOLEY JESSEN P.C., L.L.O. <br> One Pacific Place, Suite 800 <br> 1125 South 103rd Street <br> Omaha, NE 68124-1079 <br> (402) 390-9500 <br> (402) 390-9005 (Fax) |

4894-0857-4955